# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE THOMPSON,<br><br>            Petitioner,<br><br>     v.<br><br>WILLIAM DUNCAN,<br><br>            Respondents.<br>_____/ | CV F 02-5422 DLB HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME NUNC PRO TUNC<br><br>[Doc. 30] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On June 17, 2005, Respondent filed a request for an extension of time to file its answer to the petition. Respondent requested up to July 20, 2005, to file its answer.

    Good cause having been demonstrated for the extension of time, Respondent's request for an extension of time is GRANTED nunc pro tunc to July 20, 2005.


IT IS SO ORDERED.

**Dated:   July 21, 2005**               **/s/ Dennis L. Beck**
ah0l4d                    UNITED STATES MAGISTRATE JUDGE